UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**HANCOCK BANK, a Mississippi**
**banking corporation**

    **Plaintiff,**

v.                                                      **Case No: 5:12-CV-649-Oc-10PRL**

**BRIGHT LAKE ESTATES, L.L.C.,**
**RANDALL B. LANGLEY, MATTHEW**
**A. SEIBEL, KNIGHT ENGINEERING**
**CONSULTANTS, INC. and**
**CLEARWATER RESERVE HOME**
**OWNERS ASSOCIATION INC.**

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff Hancock Bank's Motion to Strike Defendant Bright Lake Estates, LLC's Answer to Complaint and Affirmative Defenses (With Jury Demand). (Doc. 13). Bright Lake Estates, LLC has not filed a response and the time for doing so has passed.

Plaintiff seeks to strike the Answer filed by Bright Lake Estates, LLC (Doc. 8) because it is signed by Richard H. Langley, Esquire. Mr. Langley was previously removed as counsel of record because he is not admitted to practice in this Court. S*ee* Doc. 10. Pursuant to Local Rule 2.03, limited liability companies may appear and be heard only through counsel admitted to practice in this Court. *Energy Lighting Management, LLC v. Kinder*, 363 F.Supp.2d 1331, 1332 (M.D. Fla. 2005).

Rather than striking the Answer at this time, the Court will afford Defendant the opportunity to retain counsel.[1]  Accordingly, on or before **February 28, 2013**, Bright Lake Estates, LLC shall retain counsel who is admitted to practice in this Court and such counsel shall file a notice of appearance.  Failure to do so, will result in the Bright Lake Estates, LLC's Answer being stricken without further notice.

**DONE** and **ORDERED** in Ocala, Florida on February 15, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Of course, Richard H. Langley may seek general admission to practice in this Court.