**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**HANCOCK BANK, a Mississippi banking corporation**

    Plaintiff,

v.                                          Case No:5:12-CV-649-Oc-10PRL

**BRIGHT LAKE ESTATES, L.L.C., RANDALL B. LANGLEY, MATTHEW A. SEIBEL, KNIGHT ENGINEERING CONSULTANTS, INC. and CLEARWATER RESERVE HOME OWNERS ASSOCIATION INC.**

    Defendants.

## ORDER

This matter is before the Court on Plaintiff Hancock Bank's Motion to Strike Defendant Bright Lake Estates, LLC's Answer to Complaint and Affirmative Defenses (With Jury Demand). (Doc. 13). Bright Lake Estates, LLC has not filed a response.

In its Motion, Plaintiff seeks to strike the Answer filed by Bright Lake Estates, LLC (Doc. 8) because it is signed by Richard H. Langley, Esquire. Mr. Langley was previously removed as counsel of record because he is not admitted to practice in this Court. S*ee* Doc. 10. This leaves Bright Lake Estates, LLC unrepresented and pursuant to Local Rule 2.03, limited liability companies may appear and be heard only through counsel admitted to practice in this Court. *Energy Lighting Management, LLC v. Kinder*, 363 F.Supp.2d 1331, 1332 (M.D. Fla. 2005).

On February 15, 2013, the Court entered its Order deferring ruling on the Motion to give Bright Lake Estates, LLC an opportunity to retain counsel. (Doc. 18). The Court directed:

- 2 -

> [O]n or before **February 28, 2013**, Bright Lake Estates, LLC shall retain counsel who is admitted to practice in this Court and such counsel shall file a notice of appearance. Failure to do so, will result in the Bright Lake Estates, LLC's Answer being stricken without further notice.

To date, counsel has not filed a notice of appearance on behalf of Bright Lake Estates, LLC and Bright Lake Estates, LLC has not filed anything in response to Plaintiff's Motion or the Court February 15, 2013 Order.

Accordingly, because Bright Lake Estates, LLC cannot proceed unrepresented, Plaintiff's Motion (Doc. 13) is due to be **GRANTED** and its Answer is due to be stricken. The Answer filed on behalf of Defendants, Bright Lake Estates, LLC and Randall B. Langley (Doc. 8) is **STRICKEN** as to Bright Lake Estates, LLC.

**DONE** and **ORDERED** in Ocala, Florida on March 8, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties